```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF KENTUCKY
```
**SOUTHERN DIVISION AT PIKEVILLE**

| | | |
|---|---|---|
| SHERRY L. HELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| v. | ) | 7:18-cv-008-JMH |
| | ) | |
| NANCY C. BERRYHILL, | ) | **JUDGMENT** |
| ACTING COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

***

In accordance with the Court's Memorandum Order and Opinion entered contemporaneously herewith, Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g), **IT IS ORDERED** as follows:

(1) The administrative decision of the Acting Commissioner of Social Security is **AFFIRMED** and Judgment is entered in favor of the Commissioner with respect to all issues raised herein;

(2) All deadlines and scheduled proceedings are **CONTINUED GENERALLY**;

(3) All remaining claims for relief or pending motions are **DENIED AS MOOT**;

(4) This matter shall be **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**; and

(5) This Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 14th day of November, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge